# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-3064-01-CR-S-MDH |
| Plaintiff, | 18 U.S.C. § 2250(a) |
| | NMT 10 Years Imprisonment |
| v. | NMT $250,000 Fine |
| | NLT 5 Years and NMT Life Supervised Release |
| **JOHN WILLIAM RINGER,** | |
| [DOB: 07/03/1985] | Class C Felony |
| Defendant. | $100 Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

Between March 6, 2015, and April 10, 2015, said dates being approximate, in the Western District of Missouri, and elsewhere, the defendant, **JOHN WILLIAM RINGER**, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce, and knowingly failed to register or update a registration as required by the Sex Offender Registration and Notification Act, all in violation of Title 18, United States Code, Section 2250(a).

**A TRUE BILL**

*/s/*
FOREPERSON OF THE GRAND JURY

*/s/ Patrick A.N. Carney*
**PATRICK A.N. CARNEY**
Assistant United States Attorney

DATED:    06/16/2015
Springfield, Missouri