# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: John William Ringer

Alias Name:

Birth Date: 07-03-1985

**Related Case Information**

Superseding Indictment? ☐ Yes ☒ No  If yes, original case number:
New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA Patrick Carney

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
☐ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☐ No
**Warrant Required?** ☐ Yes ☐ No

**U.S.C. Citations**

Total # of Counts  1

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:2250.F FAILURE TO REGISTER AS A SEX OFFENDER | 1 |
| 2 | | |
| 3 | | |
| 4 | | |

(May be continued on reverse)