UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOHN WILLIAM RINGER | ) Case No. 15-03064-01-CR-S-MDH |
| Defendant. | ) |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of October 17, 2017, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for John William Ringer:

**The defendant will reside in and satisfactorily participate in a residential reentry center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 180 days.**

s/Douglas Harpool
DOUGLAS HARPOOL
U.S. DISTRICT JUDGE

Dated at Springfield, Missouri, this 17th day of October, 2017.